# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**PAMELA CALABRESE**,

    Plaintiff,

v.                                                        2:24-cv-663-SPC-NPM

**RIB CITY GROUP, LLC**,

    Defendant.

---

## ORDER COMPELLING ARBITRATION

Defendant Rib City Group, LLC moves unopposed to compel arbitration.[1] (Docs. 13, 15). The motion is **GRANTED**. Pursuant to the Federal Arbitration Act, this case is **STAYED** pending arbitration of this action. 9 U.S.C. § 3. By **January 23, 2025**, the parties must select an arbitrator. And they must complete the arbitration and file an appropriate paper to terminate this action by **January 23, 2026**. The parties must also file a joint status report by **January 30, 2025**, and **quarterly** thereafter. Should the parties seek a court order affirming the arbitration award, either party may move for such relief within one year of the award. 9 U.S.C. § 9. A motion to vacate or modify the arbitration award must be filed and served on the adverse party within three months of the award's issuance. 9 U.S.C. § 12. And any

---

[1] The parties have agreed to arbitrate the individual claims of Pamela Calabrese and Zeda Apmann. Plaintiff has also agreed to file an amended complaint by November 6, 2024, removing all putative class allegations and naming Apmann as a party-plaintiff.

- 2 -

motion to confirm, modify, or correct the arbitration award must include the appropriate papers. 9 U.S.C. § 13.

          **ORDERED** on October 23, 2024.

_____
NICHOLAS P. MIZELL
United States Magistrate Judge